IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN SCHLEIG, | CIVIL ACTION |
| Plaintiff, | NO. 15-4550 |
| v. | |
| BOROUGH OF NAZARETH, et al, | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 20th day of August, 2018, upon review of Defendants' Motion for Summary Judgment, Plaintiff's response thereto, and Defendants' reply, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of Defendants and against Plaintiff on all counts of the Complaints.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.